| Transfer of Jurisdiction | Case Number (Trans. Court) |
|---|---|
| | 3:02-CR-037M(01) |
| | Case Number (Rec. Court) |
| | H 12 - 388 |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| **Richard T Taylor** | Northern District of Texas | Dallas |

| | Name of Sentencing Judge |
|---|---|
| | Barbara M.G. Lynn |

| Dates Of Probation/ Supervised Release | From | To |
|---|---|---|
| | 06/10/2010 | 06/09/2014 |

**Offense**
Securities Fraud, 15 U.S.C. § 77q(a) & 77x
Mail Fraud, 18 U.S.C. § 1341

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Southern District of Texas, Houston Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court*

____6-6-12____            _____
Date                      U.S. District Judge Barbara M.G. Lynn

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Southern District of Texas, Houston Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

____6/22/12____            _____
Effective Date            U.S. District Judge