PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | Richard T. Taylor | Case Number: 4:12CR00388-001 |
| Name of Assigned Judge: | The Honorable Kenneth M. Hoyt | |
| Name of Sentencing Judge: | The Honorable Barbara M.G. Lynn | |
| Date of Original Sentence: | August 8, 2002 | |

Original Offense:
Ct. 1: Securities Fraud, in violation of 15 U.S.C. § 77q(a) & 77x
Ct. 2: Mail Fraud, in violation of 18 U.S.C. § 1341

Original Sentence: Sixty (60) months on Count 1 and sixty (60) months on Count 2 to be served consecutively, for a total term of one hundred and twenty (120) months imprisonment, $3,339,095.95 restitution to be paid in monthly of installments of $500, and a $200 special assessment; followed by a three (3) year term of supervised release on each count, to be served concurrently. Special conditions include financial access, new credit prohibition, and a self-employment prohibition.

| | | |
|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: June 10, 2011 |

## EARLIER COURT ACTION

On September 29, 2011, the Honorable Barbara M.G. Lynn reduced the offender's formal payment schedule regarding the $3,339,095.95 restitution to $50 per month, based on self-reported information provided by the offender..

On June 6, 2012, a Report on Offender Under Supervision was submitted to the Honorable Barbara M.G. Lynn, advising of the offender's untruthful nature with regards to financial information he previously provided. At that time, a transfer of jurisdiction to the Southern District of Texas was also requested.

On June 22, 2012, jurisdiction was transferred to the Southern District of Texas.

On June 12, 2013, the offender's request for early termination was denied by the Honorable Kenneth M. Hoyt.

Richard T. Taylor
Case No. 4:12CR00388-001
Page 2

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **FAILURE TO PAY RESTITUTION (SPECIAL CONDITION):** The offender has been unable to make restitution payments since he suffered a stroke on January 15, 2014. He was recently released from the hospital, has difficulty walking, cannot speak, and cannot utilize the right side of his body. As a result, he has been unable to work, his net monthly cash flow has decreased significantly, and he and his wife are struggling to pay their monthly bills. It should be noted that prior to his stroke, the offender was compliant with the original Court-ordered payment schedule of $500 per month. The present restitution balance is $3,228,294.21. |

**U.S. Probation Officer Action:**

It is respectfully recommended that the Court take no revocation action at this time in response to the offender's noncompliance with the restitution payment schedule. This U.S. Probation Officer has met with the offender and his wife at their residence, reviewed medical documents, and reviewed the family's household bills. This Probation Officer will continue to monitor the offender's medical condition and financial situation; and should his condition improve, he will begin making payments again. However, his prognosis is speculative, and his term of supervised release expires on June 10, 2014. It is respectfully requested that the Court allow the case to terminate as scheduled, with no Court action being sought. The Financial Litigation Unit of the U.S. Attorney's Office will monitor the offender's payments following his release from supervision.

Approved:                                             Respectfully submitted:

_[signature]_                                by  _[signature]_

Michael G. Oliveri, Supervising                       Barbara Schoephoerster
U.S. Probation Officer                                Senior U.S. Probation Officer
                                                      March 20, 2014

Name of Offender: Richard T. Taylor
Case Number: 4:12CR00388-001
Page Number: 3

[X]  Court Concurs with Recommended Action

[ ]  Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other:


_____
Kenneth M. Hoyt
U. S. District Judge

03.25.14
Date